JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)          U.S. District Court

**Place of Offense:**    Under Seal: Yes _X_ No ____    Judge Assigned: _O'Grady_

City _Ashburn, Virginia_    Superseding Indictment ____    Criminal Number: _1:12CR3_

County/Parish _Loudoun County_    Same Defendant ____    New Defendant _X_

Magistrate Judge Case Number ____    Arraignment Date: ____

Search Warrant Case Number ____

R 20/R 40 from District of ____

Related Case Name and No: ____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _N/A_

Defendant Name: _KIM DOTCOM_    Alias Name(s) _KIM SCHMITZ; KIM TIM JIM VESTOR_

Address: _Auckland, New Zealand_

Employment: _N/A_

Birth date _xx/xx/1974_ SS# _N/A_ Sex _M_ Def Race _White_ Nationality _Finland & Germany_ Place of Birth _Kiel, Germany_

Height _6'4" - 6'6"_ Weight _322_ Hair _Blonde / Brown_ Eyes ____ Scars/Tattoos ____

Interpreter: _X_ No ___ Yes List language and/or dialect: _N/A_ Automobile Description _N/A_

**Location Status:**

Arrest Date ____

___ Already in Federal Custody as of ____ in ____

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond ____

**Defense Counsel Information:**

Name: ____    ___ Court Appointed    Counsel conflicted out: ____

Address: ____    ___ Retained

Telephone: ____    ___ Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_ Telephone No: _(703) 299-3700_ Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4+5 | Felony |

(May be continued on reverse)

Date: _1/1/12_     Signature of AUSA: ____

JS 45 (01/2008)

## Criminal Case Cover Sheet (REDACTED)             U.S. District Court

**Place of Offense:**     Under Seal: Yes _X_ No ___     Judge Assigned: O'Grady
City __Ashburn, Virginia__ Superseding Indictment ___ Criminal Number: 1:12cr3
County/Parish __Loudoun County__ Same Defendant ___ New Defendant _X_
        Magistrate Judge Case Number ___ Arraignment Date: ___
        Search Warrant Case Number ___
        R 20/R 40 from District of ___
        Related Case Name and No: ___

**Defendant Information:**
Juvenile -- Yes ___ No _X_ FBI # __N/A__

Defendant Name: __MEGAUPLOAD LIMITED__ Alias Name(s) ___
Address: __Wanchai, Hong Kong__
Employment: __N/A__

Birth date __N/A__ SS# __N/A__ Sex ___ Def Race __N/A__ Nationality __N/A__ Place of Birth __N/A__
Height __N/A__ Weight ___ Hair __N/A__ Eyes __N/A__ Scars/Tattoos __N/A__
Interpreter: __No__ ___ Yes List language and/or dialect: __N/A__ Automobile Description __N/A__

**Location Status:**
Arrest Date __N/A__
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**
Name: ___    ___ Court Appointed    Counsel conflicted out: ___
Address: ___    ___ Retained
Telephone: ___    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA __Jay V. Prabhu__ Telephone No: __(703) 299-3700__ Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4 + 5 | Felony |

(May be continued on reverse)

Date: 1/3/12     Signature of AUSA: _[signature]_

JS 45 (01/2008)

## Criminal Case Cover Sheet (REDACTED)            U.S. District Court

**Place of Offense:**     Under Seal: Yes _X_ No ____     Judge Assigned: O'Grady

City _Ashburn, Virginia_    Superseding Indictment ____    Criminal Number: 1:12CR3

County/Parish _Loudoun County_    Same Defendant ____    New Defendant _X_

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _N/A_

**Defendant Name:** VESTOR LIMITED    Alias Name(s) _____

**Address:** Wanchai, Hong Kong

**Employment:** N/A

Birth date _N/A_   SS# _N/A_   Sex _Def_   Race _N/A_   Nationality _N/A_   Place of Birth _N/A_

Height _N/A_   Weight ___   Hair _N/A_   Eyes _N/A_   Scars/Tattoos _N/A_

Interpreter: _No_ ___ Yes   List language and/or dialect: _N/A_   Automobile Description _N/A_

**Location Status:**

Arrest Date _N/A_

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_    Telephone No: (703) 299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4+5 | Felony |

(May be continued on reverse)

Date: 1/3/12    Signature of AUSA: _[signature]_

JS 45 (01/2008)

## Criminal Case Cover Sheet (REDACTED)          U.S. District Court

**Place of Offense:**    Under Seal: Yes _X_ No ____    Judge Assigned: _O'Grady_

City _Ashburn, Virginia_    Superseding Indictment ____    Criminal Number: _1:12 CR 3_

County/Parish _Loudoun County_    Same Defendant ____    New Defendant _X_

Magistrate Judge Case Number _____    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_    FBI # _N/A_

Defendant Name: _FINN HABIB BATATO_    Alias Name(s) _____

Address: _Munich, Germany_

Employment: _N/A_

Birth date _xx/xx/1973_ SS# _N/A_    Sex _M_ Def Race _White_    Nationality _Germany_    Place of Birth _Frankfurt, Germany_

Height _____ Weight ____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes  List language and/or dialect: _N/A_    Automobile Description _N/A_

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_    Telephone No: _(703) 299-3700_    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4 + 5 | Felony |

(May be continued on reverse)

Date: _1/1/12_    Signature of AUSA: _[signature]_

JS 45 (01/2008)

# Criminal Case Cover Sheet  (REDACTED)                                    U.S. District Court

**Place of Offense:**          Under Seal: Yes _X_ No ___     Judge Assigned: __O'Grady__

City __Ashburn, Virginia__ Superseding Indictment ___    Criminal Number: __1:12CR3__

County/Parish __Loudoun County__  Same Defendant ___   New Defendant _X_

Magistrate Judge Case Number _____   Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_   FBI # __N/A__

Defendant Name: __JULIUS BENCKO__    Alias Name(s) _____

Address: __Slovakia__

Employment: __N/A__

Birth date __xx/xx/1976__ SS# __N/A__  Sex __M__ Def Race __White__  Nationality __Slovakia__   Place of Birth __Rožnava, Slovakia__

Height _____ Weight _____ Hair __Brown__  Eyes _____  Scars/Tattoos _____

Interpreter: _X_ No ___ Yes  List language and/or dialect: __N/A__   Automobile Description __N/A__

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive                ___ Summons Requested

___ Arrest Warrant Pending      _X_ Detention Sought        ___ Bond _____

**Defense Counsel Information:**

Name: _____           ___ Court Appointed     Counsel conflicted out: _____
Address: _____        ___ Retained
Telephone: _____      ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA __Jay V. Prabhu__   Telephone No: __(703) 299-3700__    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4+5 | Felony |

(May be continued on reverse)

Date: __1/1/12__    Signature of AUSA: _[signature]_

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED) — U.S. District Court

**Place of Offense:**  Under Seal: Yes _X_ No ____   Judge Assigned: _O'Grady_
City _Ashburn, Virginia_   Superseding Indictment ____   Criminal Number: _1:12CR3_
County/Parish _Loudoun County_   Same Defendant ____   New Defendant _X_
Magistrate Judge Case Number ____   Arraignment Date: ____
Search Warrant Case Number ____
R 20/R 40 from District of ____
Related Case Name and No: ____

**Defendant Information:**
Juvenile -- Yes ___ No _X_  FBI # _N/A_

Defendant Name: _SVEN ECHTERNACH_   Alias Name(s) _SVEN HENDRIK MICHAEL THIES ECHTERNACH_
Address: _Frankfurt am Main, Germany_
Employment: _N/A_

Birth date _xx/xx/1972_ SS# _N/A_  Sex _M_ Def Race _White_  Nationality _Germany_  Place of Birth _Kassel, Germany_
Height _6'_  Weight ___  Hair _Brown_  Eyes ___  Scars/Tattoos ___
Interpreter: _X_ No ___ Yes List language and/or dialect: _N/A_  Automobile Description _N/A_

**Location Status:**
Arrest Date ____
___ Already in Federal Custody as of ____ in ____
___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody
_X_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   _X_ Detention Sought   ___ Bond ____

**Defense Counsel Information:**
Name: ____   ___ Court Appointed   Counsel conflicted out: ____
Address: ____   ___ Retained
Telephone: ____   ___ Public Defender   Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**
AUSA _Jay V. Prabhu_  Telephone No: _(703) 299-3700_   Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**
Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4 + 5 | Felony |

(May be continued on reverse)

Date: _1/1/12_   Signature of AUSA: _[signature]_

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)                  U.S. District Court

**Place of Offense:**     Under Seal: Yes _X_ No ____    Judge Assigned: _O'Grady_

City _Ashburn, Virginia_   Superseding Indictment _____ Criminal Number: _1:12CR3_

County/Parish _Loudoun County_   Same Defendant _____ New Defendant _X_

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _N/A_

Defendant Name: _MATHIAS ORTMANN_    Alias Name(s) _____

Address: _Wan Chai, Hong Kong_

Employment: _N/A_

Birth date _xx/xx/1971_ SS# _N/A_ Sex _M_ Def Race _White_ Nationality _Germany_ Place of Birth _Munich, Germany_

Height _____ Weight _____ Hair _Brown_ Eyes _____ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _N/A_ Automobile Description _N/A_

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_ Telephone No: _(703) 299-3700_ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4+5 | Felony |

(May be continued on reverse)

Date: _1/1/12_    Signature of AUSA: _[signature]_

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)                           U.S. District Court

**Place of Offense:**   Under Seal: Yes _X_ No ___   Judge Assigned: _O'Grady_
City _Ashburn, Virginia_   Superseding Indictment ___   Criminal Number: _1:12CR3_
County/Parish _Loudoun County_   Same Defendant ___   New Defendant _X_
   Magistrate Judge Case Number ___   Arraignment Date: ___
   Search Warrant Case Number ___
   R 20/R 40 from District of ___
   Related Case Name and No: ___

**Defendant Information:**

Juvenile – Yes ___ No _X_   FBI # _N/A_

Defendant Name: _ANDRUS NOMM_   Alias Name(s) ___
Address: _Estonia_
Employment: _N/A_

Birth date _xx/xx/1979_ SS# _N/A_   Sex _M_ Def Race _White_   Nationality _Estonia_   Place of Birth _Estonia_
Height _6'1"_ Weight ___ Hair _Blonde_ Eyes ___   Scars/Tattoos ___
   Interpreter: _X_ No ___ Yes List language and/or dialect: _N/A_   Automobile Description _N/A_

**Location Status:**

Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody
_X_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   _X_ Detention Sought   ___ Bond ___

**Defense Counsel Information:**

Name: ___   ___ Court Appointed   Counsel conflicted out: ___
Address: ___   ___ Retained   ___
Telephone: ___   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Jay V. Prabhu_   Telephone No: _(703) 299-3700_   Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4+5 | Felony |

(May be continued on reverse)

Date: _1/1/12_   Signature of AUSA: _[signature]_

JS 45 (01/2008)

# Criminal Case Cover Sheet (REDACTED)        U.S. District Court

**Place of Offense:**     Under Seal: Yes __ X__ No ____     Judge Assigned: __O'Grady__

City __Ashburn, Virginia__ Superseding Indictment _____ Criminal Number: __1:12 CR 3__

County/Parish __Loudoun County__ Same Defendant _____ New Defendant __X__

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

**Defendant Information:**

Juvenile – Yes __ No __X__ FBI # __N/A__

Defendant Name: __BRAM VAN DER KOLK__ Alias Name(s) __BRAMOS__

Address: __Auckland, New Zealand__

Employment: __N/A__

Birth date __xx/xx/1982__ SS# __N/A__ Sex __M__ Def Race __White__ Nationality __Dutch__ Place of Birth __Zwolle, Netherlands__

Height __5'10"__ Weight ____ Hair __Brown__ Eyes ____ Scars/Tattoos ____

Interpreter: __X__ No ___ Yes List language and/or dialect: __N/A__ Automobile Description __N/A__

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    __X__ Not in Custody

__X__ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    __X__ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

AUSA __Jay V. Prabhu__ Telephone No: __(703) 299-3700__ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 2451 Crystal Drive, Arlington, Virginia 22202, (703) 603-0900, Michael C. Poston, Special Agent

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to commit racketeering | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 3 | Felony |
| Set 3 | 18 U.S.C. § 371 | Conspiracy to commit copyright infringement | 2 | Felony |
| Set 4 | 17 U.S.C. § 506 and 18 U.S.C. § 2319 | Criminal copyright infringement | 4+5 | Felony |

(May be continued on reverse)

Date: __1/1/12__ Signature of AUSA: _____