AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:12-cr-03-LO |
| Kim Dotcom, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kyle Goodwin (interested party)

Date: 03/30/2012

/s/
*Attorney's signature*

John S. Davis - Va. Bar No. 72420
*Printed name and bar number*

WILLIAMS MULLEN
200 So. 10th St.
Richmond, VA  23219

*Address*

jsdavis@williamsmullen.com
*E-mail address*

(804) 420-6296
*Telephone number*

(804) 420-6507
*FAX number*