AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cr-00003-LO |
| Dotcom et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Paramount Pictures Corporation, Walt Disney Studios Motion Pictures, Twentieth Century Fox Film Corporation, Universal Studios LLC, Sony Pictures Entertainment Inc., Warner Bros. Entertainment Inc.

Date: 04/02/2012

/s/ Julie M. Carpenter
*Attorney's signature*

Julie M. Carpenter
*Printed name and bar number*

1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
*Address*

jcarpenter@jenner.com
*E-mail address*

(202) 639-6029
*Telephone number*

(202) 661-4810
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2012 the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, as well as by first-class U.S. mail, postage pre-paid, upon the following:

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Ed McNicholas
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
*Counsel to Megaupload Limited*

Ira Rothken
Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
*Counsel to Megaupload Limited*

Cindy A. Cohn
Legal Director and General Counsel
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
*Counsel to Electronic Frontier Foundation*

Christopher L. Harlow
SNR Denton US LLP
1301 K St. NW, Suite 600, East Tower
Washington, DC 20005
(202) 408-6400 Telephone
(202) 408-6399 Facsimile
charlow@snrdenton.com
*Counsel to Carpathia Hosting, Inc.*

Marc J. Zwillinger
Robert F. Huff Jr.
ZwillGen PLLC
1705 N Street, NW
Washington, DC 20036
(202) 296-3585
*Counsel to Carpathia Hosting, Inc.*

Dated: April 2, 2012             By: /s/ Julie M. Carpenter
                                     Julie M. Carpenter

                                     JENNER & BLOCK LLP
                                     Julie Carpenter (Virginia Bar No. 30421)
                                     Paul M. Smith (*Pro Hac Vice to be Filed*)
                                     1099 New York Ave., N.W.
                                     Suite 900
                                     Washington, DC 20001
                                     Phone: 202-639-6000
                                     Fax: 202-639-6066

                                     *Attorneys for Motion Picture Association of America*