IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KIM DOTCOM, et al., ) <br> ) <br> Defendants ) <br> ) | The Honorable Liam O'Grady <br><br> Criminal No. 1:12-CR-3 |

**NOTICE OF HEARING ON MOTION OF QUINN EMANUEL URQUHART & SULLIVAN LLP, THE ROTHKEN LAW FIRM, AND CRAIG C. REILLY, ESQ. FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCE ON BEHALF OF MEGAUPLOAD LIMITED, KIM DOTCOM, MATHIAS ORTMANN, BRAM VAN DER KOLK & FINN BATATO  AND TO EXCEED PAGE LIMIT**

PLEASE TAKE NOTICE that on Friday, June 29, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, non-parties Quinn Emanuel Urquhart & Sullivan LLP, the Rothken Law Firm, and Craig C. Reilly, Esq. will move the Court for an order granting the relief sought in their Motion of Quinn Emanuel Urquhart & Sullivan LLP, the Rothken Law Firm, and Craig C. Reilly, Esq. for Leave to Enter Limited and Special Appearance an Behalf of Megaupload Limited,  Kim Dotcom, Mathias Ortmann, Bram Van der Kolk & Finn Batato  and To Exceed Page Limit.

Ira P. Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

       /s/ *Heather H. Martin*
William A. Burck
Derek L. Shaffer
Heather H. Martin (VSB # 65694)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
heathermartin@quinnemanuel.com

        Carey R. Ramos
        Robert L. Raskopf
        Andrew H. Schapiro
        QUINN EMANUEL URQUHART &
        SULLIVAN LLP
        51 Madison Avenue, 22nd Floor
        New York, N.Y.  10010
        (212) 849-7000
        (212) 849-7100
        careyramos@quinnemanuel.com
        robertraskopf@quinnemanuel.com
        andrewschapiro@quinnemanuel.com

*Counsel for Defendants Megaupload Limited and Kim Dotcom*


        _____*/s/ Craig C. Reilly*_____
        Craig C. Reilly (VSB # 20942)
        111 Oronoco Street
        Alexandria, VA 22314
        (703) 549-5354
        (703) 549-2604 (fax)
        craig.reilly@ccreillylaw.com

*Counsel for Defendants Mathias Ortmann, Bram Van der Kolk & Finn Batato*

Dated:  May 30, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2012, the foregoing NOTICE OF HEARING ON MOTION OF QUINN EMANUEL URQUHART & SULLIVAN LLP, THE ROTHKEN LAW FIRM, AND CRAIG C. REILLY, ESQ. FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCE ON BEHALF OF MEGAUPLOAD LIMITED, KIM DOTCOM, MATHIAS ORTMANN, BRAM VAN DER KOLK & FINN BATATO  AND TO EXCEED PAGE LIMIT was filed and served electronically by the Court's CM/ECF system upon all registered users.

Ira P. Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

    /s/ *Heather H. Martin*
William A. Burck
Derek L. Shaffer
Heather H. Martin (VSB # 65694)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
heathermartin@quinnemanuel.com


Carey R. Ramos
Robert L. Raskopf
Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, N.Y.  10010
(212) 849-7000
(212) 849-7100
careyramos@quinnemanuel.com
robertraskopf@quinnemanuel.com
andrewschapiro@quinnemanuel.com

*Counsel for Defendants Megaupload Limited and Kim Dotcom*

- 2 -

     */s/ Craig C. Reilly*
Craig C. Reilly (VSB # 20942)
111 Oronoco Street
Alexandria, VA 22314
(703) 549-5354
(703) 549-2604 (fax)
craig.reilly@ccreillylaw.com

*Counsel for Defendants Mathias Ortmann,
Bram Van der Kolk & Finn Batato*