Reset Form     Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:12-cr-3__, Case Name __United States v. Kim Dotcom, et al.__
Party Represented by Applicant: __Interested Party Quinn Emanuel Urquhart & Sullivan LLP__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Carey R. Ramos__
Bar Identification Number __305821__      State __DC__
Firm Name __Quinn Emanuel Urquhart & Sullivan LLP__
Firm Phone # __(212) 849-7000__    Direct Dial # __(212) 849-7133__    FAX # __(212) 849-7100__
E-Mail Address __careyramos@quinnemanuel.com__
Office Mailing Address __51 Madison Avenue, 22nd Floor, New York, NY 10010__

Name(s) of federal court(s) in which I have been admitted __U.S. Supreme Court; 2d Cir; 9th Cir; DC Cir; Fed Cir; SDNY; EDNY; D. DC__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                                      May 25, 2012
Paul F. Brinkman                                                                 (Date)
                                                                                 35950
(Typed or Printed Name)                                                          (VA Bar Number)

Court Use Only: __Receipt # 0422-3057601__

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
(Judge's Signature)                                         6/7/12
Liam O'Grady                                                (Date)
United States District Judge