IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:12-cr-3, Case Name United States v. Kim Dotcom, et al.
Party Represented by Applicant: Interested Party Quinn Emanuel Urquhart & Sullivan LLP

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Robert L. Raskopf
Bar Identification Number 1052810      State New York
Firm Name Quinn Emanuel Urquhart & Sullivan LLP
Firm Phone # (212) 849-7000      Direct Dial # (212) 849-7185      FAX # (212) 849-7100
E-Mail Address robertraskopf@quinnemanuel.com
Office Mailing Address 51 Madison Avenue, 22nd Floor, New York, NY 10010

Name(s) of federal court(s) in which I have been admitted U.S. Supreme Court; 2d Cir; 4th Cir; 5th Cir; 6th Cir; 9th Cir; D.C. Cir; Fed Cir

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Paul F. Brinkman
(Typed or Printed Name)

May 25, 2012
(Date)
35950
(VA Bar Number)

Court Use Only: receipt # 0422-30576235

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
(Judge's Signature)
Liam O'Grady
United States District Judge

6/7/12
(Date)