# EXHIBIT 4A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                    :

         Plaintiff,                          :

        - v. -                              :

POKERSTARS; FULL TILT POKER;                 :   NOTICE OF WAIVER OF
ABSOLUTE POKER; ULTIMATE BET;                    SERVICE FOR
OLDFORD GROUP LTD.; RATIONAL                 :   ABSOLUTE POKER COMPANIES
ENTERTAINMENT ENTERPRISES LTD.;
PYR SOFTWARE LTD.; STELEKRAM LTD.; :
SPHENE INTERNATIONAL LTD.;                        11 Civ. 2564 (LBS)
TILTWARE LLC; KOLYMA CORPORATION             :
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.; :
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;            :
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE             :
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA              :
GAMES, INC. OF ANTIGUA;

                                         :

        Defendants;                          :

                                         :

ALL RIGHT, TITLE AND INTEREST IN
THE ASSETS OF POKERSTARS; FULL               :
TILT POKER; ABSOLUTE POKER;
ULTIMATE BET; OLDFORD GROUP LTD.;            :
RATIONAL ENTERTAINMENT ENTERPRISES
LTD.; PYR SOFTWARE LTD.; STELEKRAM :
LTD.; SPHENE INTERNATIONAL LTD.;
TILTWARE LLC; KOLYMA CORPORATION             :
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.; :
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;            :
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE             :
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA              :
GAMES, INC. OF ANTIGUA; INCLUDING
BUT NOT LIMITED TO THE PROPERTIES            :
LISTED IN SCHEDULE A, SUCH AS BUT
NOT LIMITED TO THE DOMAIN NAMES              :
POKERSTARS.COM; FULLTILTPOKER.COM;
ABSOLUTEPOKER.COM;                           :

ULTIMATEBET.COM; and UB.COM; and       :
ALL RIGHT, TITLE, AND INTEREST IN
THE PROPERTIES LISTED IN SCHEDULE      :
B;

                                       :
                Defendants-in-rem.
- - - - - - - - - - - - - - - - - - -x


        NOTICE OF WAIVER OF SERVICE FOR ABSOLUTE POKER COMPANIES

        The United States, by and through counsel, hereby

provides notice to the Court and files the attached Waiver of

Service for the following *in personam* defendants in the above-

captioned matter:

        Absolute Poker,
        Ultimate Bet,
        SGS Systems Inc.,
        Trust Services Ltd,
        Fiducia Exchange Ltd.,
        Blue Water Services Ltd.,
        Absolute Entertainment, S.A., and
        Blanca Games, Inc. of Antigua.

        By Stipulation and Order dated June 29, 2011, the date

by which these parties must answer or otherwise respond to the

Complaint is September 30, 2011.  *See* Docket Entry 27.

        Respectfully submitted this 10th day of August, 2011

                        PREET BHARARA
                        United States Attorney
                        Southern District of New York


                By:     _____/S/_____
                        MICHAEL D. LOCKARD
                        JASON H. COWLEY
                        Assistant United States Attorney
                        (212) 637-2193/2479


                                2

**United States District Court**
**for the**
**Southern District of New York**

| | |
|---|---|
| United States | ) |
| | ) |
| v. | )     Civil Action No. 11 Civ. 2564 (LBS) |
| | ) |
| PokerStars, et. al. | ) |

## WAIVER OF SERVICE OF SUMMONS

TO:    JASON H. COWLEY
         Assistant United States Attorney
         One St. Andrew's Plaza
         New York, New York 10007
         Telephone: 212.637.2479

     Absolute Poker, Ultimate Bet, SGS Systems Inc., Trust Services Ltd, Fiducia Exchange Ltd., Blue Water Services Ltd., Absolute Entertainment, S.A., and Blanca Games, Inc. of Antigua (collectively "The Absolute Poker Companies") have received your request that they waive service of a summons in the action of United States of America v. Pokerstars, et. al., which is case number 11 Civ. 2564 (LBS) in the United States District Court for the Southern District of New York, along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     The Absolute Poker Companies agree to save the expense of serving a summons and complaint in this case.

     The Absolute Poker Companies will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

     The Absolute Poker Companies also understand that they must file and serve an answer or a motion under Rule 12 within ~~60 days of May 27, 2011, the date when this request was sent (or 90 days if it was sent outside the United States).~~ If I fail to do so, a default judgment will be entered against the Absolute Poker Companies.

*[handwritten: 21 days after filing their Rule G Notice of Claim.]*

Dated: _June 28_ , 2011

Signature of Authorized Attorney

*[handwritten signature]*

_JERRY D. BERNSTEIN_
Printed Name
_Blank Rome LLP_
_405 Lexington Ave._
(Address) _NY, NY 10174_

_JBernstein@BlankRome.com_
(E-mail address)

_212-885-5511_
(Telephone number)

# EXHIBIT 4B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                    :

        Plaintiff,                      :

     - v. -                                :

POKERSTARS; FULL TILT POKER;                 :    NOTICE OF WAIVER OF
ABSOLUTE POKER; ULTIMATE BET;                     SERVICE FOR
OLDFORD GROUP LTD.; RATIONAL                 :    FULL TILT COMPANIES
ENTERTAINMENT ENTERPRISES LTD.;
PYR SOFTWARE LTD.; STELEKRAM LTD.; :
SPHENE INTERNATIONAL LTD.;                        11 Civ. 2564 (LBS)
TILTWARE LLC; KOLYMA CORPORATION             :
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.; :
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;            :
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE             :
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA              :
GAMES, INC. OF ANTIGUA;

                              :

        Defendants;                     :

                              :

ALL RIGHT, TITLE AND INTEREST IN
THE ASSETS OF POKERSTARS; FULL               :
TILT POKER; ABSOLUTE POKER;
ULTIMATE BET; OLDFORD GROUP LTD.;            :
RATIONAL ENTERTAINMENT ENTERPRISES
LTD.; PYR SOFTWARE LTD.; STELEKRAM :
LTD.; SPHENE INTERNATIONAL LTD.;
TILTWARE LLC; KOLYMA CORPORATION             :
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.; :
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;            :
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE             :
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA              :
GAMES, INC. OF ANTIGUA; INCLUDING
BUT NOT LIMITED TO THE PROPERTIES            :
LISTED IN SCHEDULE A, SUCH AS BUT
NOT LIMITED TO THE DOMAIN NAMES              :
POKERSTARS.COM; FULLTILTPOKER.COM;
ABSOLUTEPOKER.COM;                           :

```
ULTIMATEBET.COM; and UB.COM; and    :
ALL RIGHT, TITLE, AND INTEREST IN
THE PROPERTIES LISTED IN SCHEDULE   :
B;
                                    :
              Defendants-in-rem.
- - - - - - - - - - - - - - - - - - -x
```

<u>NOTICE OF WAIVER OF SERVICE FOR FULL TILT COMPANIES</u>

The United States, by and through counsel, hereby provides notice to the Court and files the attached Waiver of Service for the following *in personam* defendants in the above-captioned matter:

```
     Tiltware LLC,
     Kolyma Corporation A.V.V.,
     Pocket Kings Ltd.,
     Pocket Kings Consulting Ltd.,
     Filco Ltd.,
     Vantage Ltd.,
     Ranston Ltd., and
     Mail Media Ltd.,
     d/b/a Full Tilt Poker and Full Tilt Poker Ltd.
```

By Stipulation and Order dated June 29, 2011, the date by which these parties must answer or otherwise respond to the Complaint is September 30, 2011. *See* Docket Entry 26.

Respectfully submitted this 10th day of August, 2011

PREET BHARARA
United States Attorney
Southern District of New York

By:  _____/S/_____
     MICHAEL D. LOCKARD
     JASON H. COWLEY
     Assistant United States Attorney
     (212) 637-2193/2479

**United States District Court**
**for the**
**Southern District of New York**

| | | |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | Civil Action No. 11 Civ. 2564 (LBS) |
| | ) | |
| PokerStars, et. al. | ) | |

## WAIVER OF SERVICE OF SUMMONS

TO:   JASON H. COWLEY
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York  10007
      Telephone: 212.637.2479

    Tiltware LLC, Kolyma Corporation A.V.V. Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., Vantage Ltd., Ranston Ltd., and Mail Media Ltd., d/b/a Full Tilt Poker and Full Tilt Poker Ltd. (collectively "The FTP Companies") have received your request that they waive service of a summons in the action of <u>United States of America v. Pokerstars, et. al.</u>, which is case number 11 Civ. 2564 (LBS) in the United States District Court for the Southern District of New York, along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    The FTP Companies agree to save the expense of serving a summons and complaint in this case.

    The FTP Companies will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

    The FTP Companies also understand that they must file and serve an answer or a motion under Rule 12 within 60 days of June 14, 2011, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against the FTP Companies.

Dated: __6/20/11__, 2011

_____
Signature of Authorized Attorney

_____
Printed Name   L. Barrett Boss

_____
(Address)   1627 I St, NW #1100
            Wash, DC 20006

_____
(E-mail address)   bboss@cozen.com

_____
(Telephone number)   202 912 4818

# EXHIBIT 4C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                :

         Plaintiff,                :

      - v. -                :

POKERSTARS; FULL TILT POKER;             :    NOTICE OF WAIVER OF
ABSOLUTE POKER; ULTIMATE BET;                 SERVICE FOR
OLDFORD GROUP LTD.; RATIONAL             :    <u>POKERSTARS COMPANIES</u>
ENTERTAINMENT ENTERPRISES LTD.;
PYR SOFTWARE LTD.; STELEKRAM LTD.; :
SPHENE INTERNATIONAL LTD.;                    11 Civ. 2564 (LBS)
TILTWARE LLC; KOLYMA CORPORATION         :
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.; :
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;        :
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE         :
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA          :
GAMES, INC. OF ANTIGUA;

                            :

         Defendants;                :

ALL RIGHT, TITLE AND INTEREST IN
THE ASSETS OF POKERSTARS; FULL           :
TILT POKER; ABSOLUTE POKER;
ULTIMATE BET; OLDFORD GROUP LTD.;        :
RATIONAL ENTERTAINMENT ENTERPRISES
LTD.; PYR SOFTWARE LTD.; STELEKRAM :
LTD.; SPHENE INTERNATIONAL LTD.;
TILTWARE LLC; KOLYMA CORPORATION         :
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.; :
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;        :
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE         :
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA          :
GAMES, INC. OF ANTIGUA; INCLUDING
BUT NOT LIMITED TO THE PROPERTIES        :
LISTED IN SCHEDULE A, SUCH AS BUT
NOT LIMITED TO THE DOMAIN NAMES          :
POKERSTARS.COM; FULLTILTPOKER.COM;
ABSOLUTEPOKER.COM;                       :

```
ULTIMATEBET.COM; and UB.COM; and      :
ALL RIGHT, TITLE, AND INTEREST IN
THE PROPERTIES LISTED IN SCHEDULE     :
B;

                                      :
              Defendants-in-rem.
- - - - - - - - - - - - - - - - - - -x
```

<u>NOTICE OF WAIVER OF SERVICE FOR POKERSTARS COMPANIES</u>

The United States, by and through counsel, hereby provides notice to the Court and files the attached Waivers of Service for the following *in personam* defendants in the above-captioned matter:

> Oldford Group Ltd.
> Rational Entertainment Enterprises Ltd.
> Stelekram Ltd.
> Sphene International Ltd.
> PYR Software Ltd.
> (d/b/a/ PokerStars)

Because the Notice of Lawsuit and Request to Waive Service of a Summons was sent to these defendants outside of the United States on June 28, 2011, these defendants have until September 26, 2011 to answer or otherwise respond to the Complaint. *See* Fed. R. Civ. Pro. 4(d)(3).

Respectfully submitted this 11th day of August, 2011

```
                    PREET BHARARA
                    United States Attorney
                    Southern District of New York


          By:      /S/
                    MICHAEL D. LOCKARD
                    JASON H. COWLEY
                    Assistant United States Attorney
                    (212) 637-2193/2479
```

2

**United States District Court**
**for the**
**Southern District of New York**

| | |
|---|---|
| United States | ) |
| | ) |
| v. | )     Civil Action No. 11 Civ. 2564 (LBS) |
| | ) |
| PokerStars, et. al. | ) |

### WAIVER OF SERVICE OF SUMMONS

TO:    JASON H. COWLEY
         Assistant United States Attorney
         One St. Andrew's Plaza
         New York, New York 10007
         Telephone: 212.637.2479

     Oldford Group Ltd., Rational Entertainment Enterprises Ltd., Stelekram Ltd., and Sphene International Ltd. (collectively "The PokerStars Companies") have received your request that they waive service of a summons in the action of United States of America v. Pokerstars, et. al., which is case number 11 Civ. 2564 (LBS) in the United States District Court for the Southern District of New York, along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     The PokerStars Companies agree to save the expense of serving a summons and complaint in this case.

     The PokerStars Companies will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

     The PokerStars Companies also understand that they must file and serve an answer or a motion under Rule 12 within 60 days of June 28, 2011, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against the PokerStars Companies.

Dated: _5ᵗʰ July_____ , 2011

                                      _____
                                      Signature of Authorized Attorney

                                      _Paul Telford_
                                      Printed Name

                                      _33-37 Athol Street, Douglas, Isle of Man_
                                      (Address)

                                      _Paul_Telford@pokerstars.com_
                                      (E-mail address)

                                      _+44 1624 652870_
                                      (Telephone number)

**United States District Court**
**for the**
**Southern District of New York**

United States             )
                           )
v.                            )      Civil Action No. 11 Civ. 2564 (LBS)
                           )
PokerStars, et. al.        )

### WAIVER OF SERVICE OF SUMMONS

TO:     JASON H. COWLEY
           Assistant United States Attorney
           One St. Andrew's Plaza
           New York, New York 10007
           Telephone: 212.637.2479

      Pyr Software Ltd. has received your request that they waive service of a summons in the action of United States of America v. Pokerstars, et. al., which is case number 11 Civ. 2564 (LBS) in the United States District Court for the Southern District of New York, along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      Pyr Software Ltd. agrees to save the expense of serving a summons and complaint in this case.

      Pyr Software Ltd. will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

      Pyr Software Ltd. also understands that they must file and serve an answer or a motion under Rule 12 within 60 days of June 28, 2011, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against the Pyr Software Ltd.

Dated: July 4th , 2011

_____
Signature of Authorized Attorney

Brian Heller c/o Heller, Rubel
Printed Name

120 Adelaide St. W., Suite 1902, Toronto, Ontario, Canada M5H-1T1
(Address)

bheller@hellerrubel.com
(E-mail address)

416 - 863 - 9311
(Telephone number)