IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:12-cr-3 |
| | ) | |
| KIM DOTCOM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Before the Court is interested party Kyle Goodwin's Motion for Return of Property (Dkt. No. 90). Upon thorough review of the arguments before the Court, and careful consideration of the applicable law, the Court finds that it is unable to reach a conclusion as to this matter without an evidentiary hearing. The hearing shall be limited to argument and evidence concerning the applicability of Federal Rule of Criminal Procedure 41(g).[1] Consequently, it is hereby ORDERED that

Mr. Goodwin and the government shall each submit a brief discussing the suggested format and breadth of this aforementioned hearing within 14 days. The Court will consider the parties filings and designate a date for the hearing thereafter.

October 2, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

---

[1] The Court finds that 18 U.S.C. § 1963 does not pertain to the present set of facts and circumstances.