IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br>　v.<br>KIM DOTCOM, et al.,<br><br>　　　　　　Defendants | The Honorable Liam O'Grady<br><br>Criminal Action No. 1:12-CR-3 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the motion filed by specially appearing Defendant Megaupload Limited and for the reasons stated in support thereof, it is hereby:

ORDERED that attorneys from Quinn Emanuel Urquhart & Sullivan LLP and the Rothken Law Firm are granted leave to enter limited and special appearances on behalf of Defendant Megaupload Limited for the purpose of filing the RENEWAL OF SPECIALLY APPEARING DEFENDANT MEGAUPLOAD LIMITED'S REQUEST FOR DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE.

It is further ORDERED that Defendant Megaupload Limited will not be deemed to have waived any of its jurisdictional objections by virtue of the filing or arguing of the renewal and supporting memorandum of law.

It is further ORDERED that the renewal and supporting memorandum of law that the above-referenced counsel have proposed for filing pursuant to their limited and special appearances shall be deemed to have been properly filed *nunc pro tunc* on October 10, 2012.

It is further ORDERED that, after the Court's resolution of the renewal, counsel entering limited and special appearances pursuant to this Order may at their option withdraw their appearances without seeking further approval from this Court.

Dated: October ___, 2012

_____
Judge Liam O'Grady
United States District Judge
