IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | The Honorable Liam O'Grady |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 1:12-CR-3 |
| KIM DOTCOM, et al., | ) | |
| | ) | |
| Defendants | ) | |

**[PROPOSED] RENEWAL OF SPECIALLY APPEARING DEFENDANT
MEGAUPLOAD LIMITED'S REQUEST FOR DISMISSAL
OF THE INDICTMENT WITHOUT PREJUDICE**

Specially appearing Defendant Megaupload Limited respectfully renews its request—made at oral argument before this Court on July 27, 2012—to dismiss the indictment without prejudice until such time as the Government is able to serve Megaupload with a criminal summons in accordance with Federal Rule of Criminal Procedure 4.

The grounds supporting this Renewal are stated with particularity in the concurrently filed Memorandum in Support of the Renewal of Specially Appearing Defendant Megaupload Limited's Request for Dismissal of the Indictment Without Prejudice.

Respectfully submitted,

_____/s/ Heather H.  Martin_____
William A. Burck
Derek L. Shaffer
Heather H. Martin (VSB # 65694)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
heathermartin@quinnemanuel.com

Ira P. Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

1

Carey R. Ramos
Robert L. Raskopf
Andrew H. Schapiro
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, N.Y.  10010
(212) 849-7000
(212) 849-7100
careyramos@quinnemanuel.com
robertraskopf@quinnemanuel.com
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Megaupload Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2012, the foregoing [PROPOSED] RENEWAL OF SPECIALLY APPEARING DEFENDANT MEGAUPLOAD LIMITED'S REQUEST FOR DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE was filed and served electronically by the Court's CM/ECF system upon all registered users.

　　/s/ Heather H. Martin　　　　
Heather H. Martin (VSB # 65694)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
heathermartin@quinnemanuel.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | The Honorable Liam O'Grady |
| | ) | |
| v. | ) | |
| | ) | |
| KIM DOTCOM, et al., | ) | Criminal Action No. 1:12-CR-3 |
| | ) | |
| Defendants | ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the renewal filed by specially appearing defendant

Megaupload Limited and for the reasons stated in support thereof, it is hereby:


ORDERED that the renewal on behalf of Megaupload Limited be granted and that the

above-reference indictment be dismissed without prejudice until such time as Megaupload

Limited can be served with a criminal summons.


Dated: October ___, 2012


_____
Judge Liam O'Grady
United States District Judge

4