# EXHIBIT C

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL: (202) 538-8000 FAX: (202) 538-8100

May 10, 2012

<u>VIA E-MAIL</u>

Jay V. Prabhu
Chief, Cybercrime Unit
Assistant United States Attorney
United States Attorney's Office, Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314

Re:   *United States v. Kim Dotcom, et al.*, Criminal Case No. 1:12-cr-3

Dear Jay:

We are writing to determine whether the United States is agreeable to engaging in discussions concerning a proposed deal with Megaupload Limited ("Megaupload") whereby the Government would agree to unfreeze Megaupload's assets to fund its defense (via an unopposed *Farmer* motion) in return for which Megaupload would waive the service of summons requirement of Federal Rule of Criminal Procedure 4 and enter a not guilty plea. The amount of money made available to Megaupload is intertwined with whether Megaupload must, out of necessity, make procedural motions and the need to favorably resolve data preservation issues. If Megaupload and the Government are unable to come to an agreement concerning the release of funds for Megaupload's defense, we will have no choice but to seek relief.

In any event, there are numerous provisions of the Government's proposed server data preservation "agreement" that are draconian and ought to be modified via further negotiation.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX -7 495 797 3667
HAMBURG | An der Alster 3, 20099 Hamburg, Germany | TEL +49 40 89728 7000 FAX +49 40 89728 7100

For example, Megaupload does not agree to:

- a *Brady* waiver;

- fully fund server data preservation with its own assets;

- permit server data preservation to end before all related case(s) and potential appeal(s) are terminated;

- have money that should be allocated to Megaupload's legal, technical, and e-discovery fees allocated instead to harnessing the data and analyzing phase II consumer access;

- have the servers stored stacked on the floor below the standard of care;

- have the servers stored in a manner in which they are not reasonably accessible to the Defendants; or

- be required to seek leave of the Court to access the servers.

We would appreciate the opportunity to confer with you about these and other issues. If you are amenable to such discussions, we propose scheduling a conference call at 11:00 am on Monday, May 14.

Very truly yours,

*William A. Burck* by/s/
William A. Burck
Quinn, Emanuel, Urquhart & Sullivan LLP

*Ira P. Rothken* by/s/
Ira P. Rothken
The Rothken Law Firm

cc: Marc J. Zwillinger, counsel for Carpathia Hosting, Inc.
Julie P. Samuels, counsel for Kyle Goodwin
Paul M. Smith, counsel for the Motion Picture Association of America
W. Clifton Holmes, counsel for Valcom and Microhits