IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> KIM DOTCOM, et al., ) <br> ) <br> Defendants ) | The Honorable Liam O'Grady <br><br> Criminal Action No. 1:12-CR-3 |

**RENEWAL OF SPECIALLY APPEARING DEFENDANT MEGAUPLOAD LIMITED'S REQUEST FOR DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE**

Specially appearing Defendant Megaupload Limited respectfully renews its request—made at oral argument before this Court on July 27, 2012—to dismiss the indictment without prejudice until such time as the Government is able to serve Megaupload with a criminal summons in accordance with Federal Rule of Criminal Procedure 4.

The grounds supporting this Renewal are stated with particularity in the concurrently filed Memorandum in Support of the Renewal of Specially Appearing Defendant Megaupload Limited's Request for Dismissal of the Indictment Without Prejudice.

                                              Respectfully submitted,

                                              ___/s/ Heather H. Martin_____
                                              William A. Burck

| | |
|---|---|
| Ira P. Rothken <br> ROTHKEN LAW FIRM <br> 3 Hamilton Landing <br> Suite 280 <br> Novato, CA 94949 <br> (415) 924-4250 <br> (415) 924-2905 (fax) <br> ira@techfirm.net | Derek L. Shaffer <br> Heather H. Martin (VSB # 65694) <br> QUINN EMANUEL URQUHART & <br> SULLIVAN LLP <br> 1299 Pennsylvania Avenue N.W., Suite 825 <br> Washington, D.C. 20004 <br> (202) 538-8000 <br> (202) 538-8100 (fax) <br> williamburck@quinnemanuel.com <br> derekshaffer@quinnemanuel.com <br> heathermartin@quinnemanuel.com |

Carey R. Ramos
Robert L. Raskopf
Andrew H. Schapiro
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, N.Y. 10010
(212) 849-7000
(212) 849-7100
careyramos@quinnemanuel.com
robertraskopf@quinnemanuel.com
andrewschapiro@quinnemanuel.com

*Counsel for Defendant Megaupload Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, the foregoing RENEWAL OF SPECIALLY APPEARING DEFENDANT MEGAUPLOAD LIMITED'S REQUEST FOR DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE was filed and served electronically by the Court's CM/ECF system upon all registered users.

        /s/ Heather H. Martin
Heather H. Martin (VSB # 65694)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1299 Pennsylvania Avenue N.W., Suite 825
Washington, D.C. 20004
(202) 538-8000
(202) 538-8100 (fax)
heathermartin@quinnemanuel.com