IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff  )<br>  )<br>      v.  )<br>  )<br>KIM DOTCOM, et al.,  )<br>  )<br>            Defendants  ) | The Honorable Liam O'Grady<br><br>Criminal Action No. 1:12-CR-3 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the renewal filed by specially appearing defendant Megaupload Limited and for the reasons stated in support thereof, it is hereby:

ORDERED that the renewal on behalf of Megaupload Limited be granted and that the above-reference indictment be dismissed without prejudice until such time as Megaupload Limited can be served with a criminal summons.

Dated: November ___, 2012

_____
Judge Liam O'Grady
United States District Judge