IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| v. | ) ) | The Honorable Liam O'Grady |
| KIM DOTCOM, et al., | ) ) | Criminal No. 1:12-CR-3 |
| Defendants | ) ) ) | |

**[PROPOSED] ORDER**

Specially Appearing Defendant Megaupload Limited ("Megaupload") moves this Court for leave to file a Supplemental Brief Regarding Rule 41(g) Hearing and a Motion to Unseal Search Warrant Materials.  The COURT, having considered Megaupload's motion, and being fully advised in the premises, finds that supplemental briefing regarding (1) Megaupload's participation in a Rule 41(g) hearing, (2) whether the scope of the Rule 41(g) hearing should include testimony regarding search warrant materials, and (3) whether certain search warrant materials should be unsealed, "would aid the decisional process," *Perry-Bay v. City of Norfolk, Va.*, 678 F. Supp. 2d 348, 374 (E.D. Va. 2009).  Accordingly, it is hereby

ORDERED that said motion is GRANTED.

Megaupload shall have leave to file a Supplemental Brief Regarding Rule 41(g) Hearing and a Motion to Unseal Search Warrant Materials, and the briefs proposed by Megaupload are accepted as filed *nunc pro tunc* as of January 2, 2013.


Date: _____          _____
      Alexandria, Virginia                   The Honorable Liam O'Grady
                                             United States District Judge