IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>KIM DOTCOM, et al.,<br><br>    Defendants | The Honorable Liam O'Grady<br><br>Criminal No. 1:12-CR-3 |

**[PROPOSED] ORDER**

Specially Appearing Defendant Megaupload Limited ("Megaupload") moves this Court to seal certain portions of the [Proposed] Supplemental Brief of Specially Appearing Defendant and Interested Party Megaupload Limited Regarding Rule 41(g) Hearing.  The COURT, having considered Megaupload's motion, and being fully advised in the premises, finds that because the relevant portions contain materials that are subject to an existing sealing order signed by the Honorable Magistrate Judge Ivan D. Davis in Case No. 1:10-SW-320 on June 24, 2010, good cause exists to file these portions under seal.  *See* Local Rule 49(F).  Accordingly, it is hereby

ORDERED that said motion is GRANTED.

The portions and exhibits of the [Proposed] Supplemental Brief of Specially Appearing Defendant and Interested Party Megaupload Limited Regarding Rule 41(g) Hearing described in Megaupload's motion to file under seal are sealed until such time as the Court orders the referenced portions and exhibits unsealed.

Date:  _____            _____
    Alexandria, Virginia                                The Honorable Liam O'Grady
                                                        United States District Judge