IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -v- | Civil Action No. 1:12-CR-3 |
| KIM DOTCOM, ET AL., | |
| Defendants. | |

## ORDER

Before the Court is a motion (Dkt. No. 153) by Quinn Emanuel Urquhart & Sullivan LLP to enter a limited appearance on behalf of Defendant Megaupload Limited for the purpose of filing a supplemental brief regarding the Rule 41(g) hearing and a motion regarding unsealing certain search warrant materials. The government has opposed the motion (Dkt. No. 155). The Court has considered the briefs, and it is now **ORDERED**:

1. Quinn's motion to enter a limited appearance (Dkt. No. 153) is **GRANTED**.
2. The brief and motion attached to Quinn's motion as exhibits 2 and 3 are accepted *nunc pro tunc* as though filed on January 2, 2012.
3. The government is granted 30 days from the date of this order to oppose or otherwise respond to Quinn's brief and motion.
4. Quinn may file a reply no later than 14 days after the government files its response.
5. The Court will notify the parties if a hearing on the motion is necessary.

January 15, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge