IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KIM DOTCOM, et al.,<br><br>Defendants | The Honorable Liam O'Grady<br><br>Criminal No. 1:12-CR-3 |

[PROPOSED] ORDER

Specially Appearing Defendant Megaupload Limited ("Megaupload") moves this Court to withdraw as moot Megupload's Motion to File Under Seal Portions of [Proposed] Supplemental Brief Regarding Rule 41(g) Hearing (Dkt. 154) and its Motion to Unseal Search Warrant Materials (Dkt. 153-3, deemed filed *nunc pro tunc*, Dkt. 156), because the referenced search warrant materials have previously been ordered unsealed. Accordingly, it is hereby

ORDERED that said motion is GRANTED.

The Court directs the Clerk of Court to withdraw as moot Megaupload's motion to file under seal (Dkt. 154) and its Motion to Unseal (Dkt. 153-3). Further, the Court hereby directs the Clerk of Court office to substitute the unredacted version of Megaupload's proposed supplemental brief regarding Rule 41(g) hearing for the redacted version that was electronically filed (Dkt 153-2).

Date: Jan 16, 2013
Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge