IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:12CR3 |
| ) | |
| v.  ) | |
| ) | |
| KIM DOTCOM, *et al.*, ) | |
| ) | |
| Defendants.  ) | |

## **ORDER**

It is hereby ORDERED that Kyle Goodwin's Motion for Leave to File a Brief (Dkt. No. 161) is granted. The United States may respond to Mr. Goodwin's Brief no later than February 14, 2013. Kyle Goodwin may file a reply no later than 14 days after the government files its response.

ENTERED this ____ day of February, 2013.

                                                                                   _____
                                                                                   Liam O'Grady
                                                                                   United States District Judge

Alexandria, Virginia