IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:12CR3 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| KIM DOTCOM, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

It is hereby ORDERED that Kyle Goodwin's Motion for Leave to File a Brief (Dkt. No. 161) is granted.  The United States may respond to Mr. Goodwin's Brief no later than February 14, 2013.  Kyle Goodwin may file a reply no later than 14 days after the government files its response.

ENTERED this ___1st___ day of February, 2013.

_____
Liam O'Grady
United States District Judge

Alexandria, Virginia