UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIM DOTCOM, et al., )<br>)<br>Defendant. )<br>) | Case No. 1:12-cr-00003 |

ORDER

The Court has before it the Motion For Withdrawal of Thomas Millar and Christopher Harlow of SNR Denton US LLP as counsel for Carpathia Hosting, Inc. filed by Thomas R. Millar and the law firm SNR Denton US LLP requesting that the appearance of Thomas Millar and Christopher Harlow be withdrawn. Carpathia has secured the representation of new counsel.

Upon review, the Court grants the motion to withdraw as to SNR Denton US LLP, Mr. Millar and Mr. Harlow.

Dated: 2/5/13

/s/
Liam O'Grady
United States District Judge