**From:** Ira P. Rothken [mailto:ira@techfirm.net]
**Sent:** Thursday, March 01, 2012 6:16 PM
**To:** b.van.dorsser@vestius.com
**Cc:** ira@techfirm.com; jared@techfirm.com; tcgreen@sidley.com; EGrail@ReedSmith.com; MKuhn@ReedSmith.com; vankampen@fzbk.nl; blokhuis@boekx.com; emcnicholas@sidley.com
**Subject:** Re: LeaseWeb/MegaUpload: confidential - attorney to attorney privileged communication

Bram,

We respectfully need your help.

We are frustrated at the slow and cryptic level of communications regarding Megaupload and Leaseweb. We are not getting responses to our simple requests including providing us with whatever legacy questions you may have had from some February 3rd communications we have not received. We do have a subsequent fax dated February 13th which incorporates by reference the fax we don't have. This is complicated by the notion that Leaseweb appears to have competent US counsel at Reed Smith who, for reasons unknown to us, you have not allowed us to have a five minute call with to clarify issues, request a copy of the missing fax, and catalyze win win solutions.

We request again that Leaseweb confirm that it will preserve the Megaupload data- this request is supported by multiple axiomatic reasons including that it is relevant evidence in a pending criminal case in the US, potential civil case(s), and destruction of such data will interfere with the possible return of such data to consumers (if and when such logistics can be worked out with the appropriate government entities). Indeed, under such circumstances Leaseweb ought to preserve such data, at a minimum, under a litigation hold and because it is the right thing for a corporate citizen to do under the circumstances.  In any event Mega is interested in negotiating a commercial solution with Leaseweb including buying the actual servers the Mega data resides on subject to appropriate Government approvals.

Megaupload is of the view that the alleged copyright and other claims being made against it are without merit and will vigorously defend such action(s). Megaupload reserves all of its rights regarding Leaseweb and Mega's data under their agreement and other applicable law and nothing related to these communications or a failure to address any issues shall be construed as a waiver of Mega's rights.

Can you please help us? To the extent we have overlooked any communications we apologize in advance.

Please confirm Leaseweb's preservation of Mega's data and have your US counsel contact us to set up a conference call for all those from your perspective who need to be on the call. We appreciate it.

Thanks,

Ira P. Rothken
Rothken Law Firm
[Techfirm.com](Techfirm.com)
415 924 4250