IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>KIM DOTCOM, et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:12-CR-00003 |

### ORDER

Before the Court are Defendants' Motions to enter a limited and special appearance in this case to submit a response in support of their December 4, 2013 letter to the court, and to file a *Farmer* motion (Dkt. Nos. 189, 190). The Government opposed the substance of the Defendants' December 4 letter in its response on December 6, 2013 (Dkt. No. 187). The Court has reviewed the Defendants' motions and does not find that there are grounds for allowing Defendants to enter a limited and special appearance. Therefore, it is hereby **ORDERED** that the motions are **DENIED**.

March 21, 2014
Alexandria, Virginia

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Liam O'Grady
　　　　　　　　　　　　　　United States District Judge