IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:12-cr-3 |
| | ) | |
| KIM DOTCOM, ANDRUS NOMM, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearance of Karen Ledbetter Taylor, Assistant United States Attorney in the Eastern District of Virginia, as additional counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703/299-3700
Fax: 703/299-3982
Email Address: Karen.Taylor2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/
_____
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703/299-3700
Fax: 703/299-3982
Email: Karen.Taylor2@usdoj.gov