AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Kim Dotcom, et al.<br>*Defendant* | )<br>)<br>)   Case No.   1:12-cr-03-LO<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

QTS Realty Trust, Inc. (successor-in-interest to Carpathia Hosting, Inc. - interested party)

Date:  08/11/2015

/s/
*Attorney's signature*

Christina Harrison - Va Bar. No. 82193
*Printed name and bar number*

Hogan Lovells US LLP
Columbia Square
555 Thirteenth St., NW
Washington, DC 20004
*Address*

christina.murphy@hoganlovells.com
*E-mail address*

(202) 637-5822
*Telephone number*

(202) 637-5910
*FAX number*