**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | The Honorable Liam O'Grady |
| | ) | |
| KIM DOTCOM, *et al.*, | ) | 12 CR 3 |
| | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] PROTECTIVE ORDER FOR THE BENEFIT OF NON-PARTY QTS REALTY TRUST, INC., SUCCESSOR-IN-INTEREST TO CARPATHIA HOSTING, INC.**

In consideration of the motion and supporting documents filed by QTS Realty Trust, Inc. ("QTS"),

It is hereby **ORDERED** that a protective order for the benefit of QTS is hereby entered in accordance with the terms of the motion filed by QTS on August 11, 2015.

Dated: August ___, 2015

_____
Judge Liam O'Grady
United States District Court Judge