

FILED
APR 18 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:12-cr-3 |
| KIM DOTCOM, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court are the Emergency Motion for Protective Order By Non-Party Carpathia Hosting, Inc. (Dkt. No. 38); the Motion Of Quinn Emanuel Urquhart & Sullivan LLP and The Rothken Law Firm for Leave to Enter Limited Appearance on Behalf of Megaupload Limited and Kim Dotcom (Dkt. No. 59); the Motion of Defendant-Megaupload to File Nunc Pro Tunc [Proposed] Response to the Emergency Motion for Protective Order of Non-Party Carpathia Hosting, Inc. (Dkt. No. 66); the Motion to Amend/Correct the Motion to File Nunc Pro Tunc (Dkt. No. 67); and the Motion to Substitute Counsel (Dkt. No. 69).

For the reasons stated herein, as well as the reasons stated in open Court, the Court concludes the following:

As to the Emergency Motion for Protective Order (Dkt. No. 38), interested parties are Ordered, within the next two weeks, to meet and confer in front of the magistrate judge. Alternatively, the parties may hire a special master of their choosing. Should the parties fail to reach an agreeable result, parties are ORDERED to notify the Court.

The Motion for Leave to Enter Limited Appearance (Dkt. No. 59) is GRANTED in part and DENIED in part. It is GRANTED only to the extent that argument was permitted before the

Court on the Friday, April 13, 2012 hearing. For the reasons stated in open Court, Counsel will need to seek further leave of Court before making additional appearances.

The Motion to File Nunc Pro Tunc and the Motion to Amend (Dkt. Nos. 66 and 67) are GRANTED.

The Motion to Substitute Counsel (Dkt. No. 69) is GRANTED.

April 18, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge