IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | The Honorable Liam O'Grady |
| | ) | |
| KIM DOTCOM, *et al.*, | ) | 12 CR 3 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF HEARING ON RENEWED MOTION FOR PROTECTIVE ORDER BY
<u>QTS REALTY TRUST, INC.</u>**

Please take notice that non-party QTS Realty Trust, Inc. respectfully requests that the Court hear oral argument on its Renewed Motion for Protective Order at 9:00 a.m. on October 2, 2015.

Dated: August 18, 2015     Respectfully submitted,

*/s/ Christina Harrison*
Christina Harrison (VSB # 82193)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5822
Fax: (202) 637-5910
christina.murphy@hoganlovells.com
*Counsel for QTS Realty Trust, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

                                                 */s/ Christina Harrison*
                                                 Christina Harrison (VSB # 82193)
                                                 Hogan Lovells US LLP
                                                 Columbia Square
                                                 555 Thirteenth Street, NW
                                                 Washington, DC 20004
                                                 Tel: (202) 637-5822
                                                 Fax: (202) 637-5910
                                                 christina.murphy@hoganlovells.com