IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KIM DOTCOM, et al., ) <br> ) <br> Defendants ) <br> ) | The Honorable Liam O'Grady <br><br> Criminal No. 1:12-CR-3 |

**ORDER GRANTING MOTION OF THE ROTHKEN LAW FIRM AND CRAIG C. REILLY, ESQ. FOR LEAVE TO ENTER LIMITED AND SPECIAL APPEARANCE ON BEHALF OF MEGAUPLOAD LIMITED TO FILE [PROPOSED] RESPONSE OF DEFENDANT MEGAUPLOAD LTD SUPPORTING AND SUPPLEMENTING THE RENEWED MOTION FOR PROTECTIVE ORDER BY NON-PARTY QTS/CARPATHIA HOSTING, INC. RE MEGAUPLOAD SERVER EVIDENCE**

UPON CONSIDERATION of the motion filed by specially appearing defendant Megaupload Limited and for the reasons stated in support thereof, it is hereby:

ORDERED that attorneys the Rothken Law Firm and Craig C. Reilly are granted leave to enter limited and special appearances on behalf of Defendant Megaupload Limited for the purpose of filing the **[Proposed] Response Of Defendant Megaupload Ltd Supporting And Supplementing The Renewed Motion For Protective Order By Non-Party Qts/Carpathia Hosting, Inc. Re Megaupload Server Evidence**.

It is further ORDERED that Defendant Megaupload Limited will not be deemed to have waived any of its jurisdictional objections by virtue of the filing or arguing of the brief.

It is further ORDERED that the brief that the above-referenced counsel have proposed for filing pursuant to their limited and special appearances shall be deemed to have been properly filed *nunc pro tunc* on August 24, 2015.

It is further ORDERED that, after the Court's resolution of the brief, counsel entering limited and special appearances pursuant to this Order may at their option withdraw their appearances without seeking further approval from this Court.

ENTERED this \_\_\_\_ day of _____, 2015

_____
Liam O'Grady
United States District Judge