IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | The Honorable Liam O'Grady |
| | ) | |
| KIM DOTCOM, *et al.*, | ) | 12 CR 3 |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] PROTECTIVE ORDER FOR THE BENEFIT OF NON-PARTY QTS REALTY TRUST, INC., SUCCESSOR-IN-INTEREST TO CARPATHIA HOSTING, INC.**

In consideration of the motion and supporting documents filed by QTS Realty Trust, Inc. ("QTS"),

It is hereby **ORDERED** that Megaupload has thirty days to take possession of the computer servers or copy the data, at Megaupload's expense, after which QTS is permitted to destroy the servers.

Dated: August __, 2015

_____
Judge Liam O'Grady
United States District Court Judge